United States Court of Appeals,

Eleventh Circuit.

No. 94-2782.

Eva F. LARUE, his wife, Plaintiff,

v.

JOANN M., a vessel Joann M., Inc., Defendants,

Florida Towing Corp., Claimant,

JOANN M. LIMITED PARTNERSHIP, a foreign partnership, the vessel's owner, Defendant-Third-party Plaintiff-Counter-Defendant-Appellant,

v.

MORAN TOWING OF FLORIDA, INC., Third-party Defendant-Counter-Claimant-Appellee.

March 19, 1996.

Appeal from the United States District Court for the Middle District of Florida (No. 91-378-CIV-J-16); John H. Moore, II, Judge.

Before HATCHETT and BIRCH, Circuit Judges, and GODBOLD, Senior Circuit Judge.

PER CURIAM:

On its own motion the court adds this sentence to its opinion, to follow the first sentence of the second paragraph of the opinion, at 73 F.3d 326:

The action was removed to the United States District Court, Middle District of Florida.